IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERMAIN DATORIO TERRY**  **PLAINTIFF**
**#163201**

v.  4:23-cv-00612-BSM-JJV

**KATHERN SHULER,**
**Jail Administrator, Dallas County Detention Center; et al.**  **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Joe Volpe's partial recommended disposition [Doc. No. 7] is adopted. For the reasons stated therein, Dermain Terry may proceed on his 42 U.S.C. § 1983 claims against Kathern Shuler and John Graef but his claims against Mike Knadal and Jordan Ables are dismissed without prejudice. An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 22nd day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE