IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERMAIN DATORIO TERRY**                                                                 **PLAINTIFF**

v.                              **CASE NO. 4:23-CV-00612 BSM-JJV**

**KATHREN SHULER,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE